Mansfield Turner and Jannie Turner, Appellees, v. L. Singleman et al., Trading as J. S. Bartlett and Company, Defendants. L. E. Bartlett Trading as J. S. Bartlett and Company and L. Singleman, Appellants.

Gen. No. 43,246.

Heard in the second division, first district, this court at the

October term, 1944; opinion filed May 29, 1945; released for publication June 14, 1945. Frederick R. Nyberg, for appellants; Charles A. Wilson, for appellees. Opinion by JUSTICE SCANLAN. Not to be published in full.